UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMANDEEP SINGH KANG,

             Petitioner,

   v.

ICE FIELD OFFICE DIRECTOR,

             Respondent.

Case No. C19-2044-JLR

ORDER OF DISMISSAL

      Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

      (1)     The Court ADOPTS the Report and Recommendation.

      (2)     The Government's motion to dismiss (dkt. 8) is GRANTED.

      (3)     Petitioner's habeas petition is DENIED, and this action is DISMISSED without prejudice.

\\

\\

(4)   The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 17th  day of   April   , 2020.

Hon. James L. Robart
United States District Judge

ORDER OF DISMISSAL - 2